IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

KIRK TAYLOR, ETC., )
    Plaintiff, )
     )
    v. ) Civil Action No. 07-729
     )
CLADDAGH DEVELOPMENT GROUP, )
LLC, d/b/a CLADDAGH IRISH )
PUBS, ET AL., )
    Defendants. )

## ORDER OF COURT

AND NOW, this 22nd day of June, 2007, the court having been advised that defendants have filed for bankruptcy in the United States Bankruptcy Court for the Southern District of Ohio, Dayton Division, at Case No. 06-33124 and no further action can be taken by the court at this time, IT IS HEREBY ORDERED that the Clerk of Court mark the above captioned case closed.

Nothing contained in this order shall be considered a dismissal or disposition of this matter and, should further proceedings in it become necessary or desirable, any party may initiate it in the same manner as if this order had not been entered.

BY THE COURT:

_____, J.

cc: All counsel of record